IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF ARGENT MORTGAGE SECURITIES, INC., ASSET OLIVER, JR. BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-W3, UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF MARCH 1, 2006<br><br>Plaintiff<br><br>vs.<br><br>ERIK LOOMIS, et al.,<br><br>Defendants | CASE NO. 07-1763<br><br>JUDGE: SOLOMON<br><br>JUDGMENT ENTRY |

This cause came on to be considered upon the Motion of The Condominiums at Stonebridge Owner's Association, Inc. to intervene herein as a new party defendant and for leave to file an Answer, Counterclaim and Crossclaim herein instanter naming new party defendant.

The Court finds said Motion to be well taken, and, IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED, that The Condominiums at Stonebridge Owner's Association, Inc., intervene herein as a new party defendant and file its Answer and Crossclaim herein instanter.

/s/SOLOMON OLIVER, JR.
JUDGE SOLOMON OLIVER, JR.

APPROVED:

*Mark B. Schildhouse* 
Mark B. Schildhouse, Esq. (0022483)
Attorney for Plaintiff:
The Condominiums at Stonebridge
Owner's Association, Inc.

C. Scott Casterline, (0073990)
Deutsche Bank National Trust Company, as Trustee of Argent Mortgage Securities, Inc., Asset Backed Pass-Through Certificates, Series 2006-W3, Under the Pooling and Servicing Agreement Dated as of March 1, 2006